No. 99–6115. QUINTERO *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–6116. WHETHERS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–6118. KEENAN *v.* MICHIGAN DEPARTMENT OF CORRECTIONS. Cir. Ct. Saginaw County, Mich. Certiorari denied.

No. 99–6130. RUCKER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–6131. ROMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–6132. SUMPTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6156. HAYNES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6157. HARRIS *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 99–6158. CARVER *v.* UNITED STATES; and
No. 99–6196. COLEMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 179 F. 3d 1056.

No. 99–6168. MARSACK *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 99–6173. WALLS *v.* CROWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–6179. MEDVECKY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6182. BARCLAY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–6184. AYALA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6188. REYNOLDS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.